

JAY T. KIMURA 2497
Prosecuting Attorney

CHARLENE Y. IBOSHI 2726
First Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, Hawaii 96720

Tel. No. (808) 961-0466
e-mail: hilopros@interpac.net
Attorneys for State of Hawai`i,
Respondent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 15 2005

at 8 o'clock and 10 min. A .M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT IAN SCHEWEITZER, | CIV. NO. 05-00065 DAE/LEK |
| Petitioner. | |
| | RESPONDENT STATE OF HAWAII'S EXHIBIT LIST |
| vs. | |
| JAMES COOK, JOHN F. PEYTON, | |
| Respondents. | |

RESPONDENT STATE OF HAWAII'S EXHIBIT LIST

Part 1 of 2

22

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

ALBERT IAN SCHEWEITZER,

Petitioner.

vs.

JAMES COOK, JOHN F. PEYTON,

Respondents.

CIV. NO. 05-00065 DAE/LEK

RESPONDENT STATE OF HAWAII'S EXHIBIT LIST

RESPONDENT STATE OF HAWAII'S EXHIBIT LIST

| No. | Filed | Description |
|---|---|---|
| 1. | 04/24/00 | Judgment of Defendant Albert Ian Schweitzer, Cr. No. 99-147. |
| 2. | 10/14/99 | Judgment of Defendant Frank Pauline, Jr., Cr. No. 97-256. |
| 3. | 05/11/00 | Judgment of Defendant Shawn Schweitzer, Cr. No. 99-147. |
| 4. | 05/15/00 | Appellant's Opening Brief; Appendix A and Certificate of Service, No. 23465, Supreme Court of the State of Hawaii, Cr. No. 99-147. |
| 5. | 04/16/01 | Appellant's Reply Brief; Appendix A and Certificate of Service, No. 23465, Supreme Court of the State of Hawaii, Cr. No. 99-147. |
| 6. | 03/22/00 | Answering Brief of Plaintiff-Appellee State of Hawaii; Certificate of Service, No. 23465, Supreme Court of the State of Hawaii, Cr. No. 99-147. |
| 7. | 01/29/04 | Summary Disposition Order, Supreme Court of the State of Hawaii, No. 23465, Cr. No. 99-147 |

| | | |
|---|---|---|
| 8. | 05/03/05 | Findings and Recommendation to Dismiss Petition for Writ of Habeas Corpus by the United States Magistrate Judge, Civ. No. 05-00065, United States District Court, District of Hawaii. |
| 9. | 05/20/05 | Petitioner's Notification of Court Regarding Findings & Recommendations to Dismiss Petition for Writ of Habeas Corpus (Second Amended Petition, Addenda), Civ. No. 05-00065, United States District Court, District of Hawaii. |
| 10. | | Index of Selected Trial Transcripts |
| 11. | | Index of Motion to Change Venue Materials |
| | 09/30/99 | A. Defendant Albert Ian Schweitzer's Motion to Change Venue; Declaration of James Biven; Memorandum in Support of Motion; Notice of Hearing; and Certificate of Service (Cr. No. 99-147). |
| | 10/14/99 | B. Supplemental Declaration of James Biven Regarding Motion to Change Venue; Certificate of Service; and Exhibit "A" (Cr. No. 99-147). |
| | 11/08/99 | C. Order Denying Without Prejudice Defendant Shawn Schweitzer's Motion for Change of Venue, and Order Denying Without Prejudice Defendant Albert Ian Schweitzer's Motion to Change Venue (Cr. No. 99-147). |
| | 05/15/00 | D. Order Denying Defendant Albert Ian Schweitzer's Motion for New Trial (Cr. No. 99-147). |
| 12. | | Index of Motions Filed by Petitioner's Counsel |
| 13. | 9/30/99 | Defendant's Albert Ian Schweitzer's Notice of Alibi, Cr. No. 99-147, Third Circuit Court, State of Hawaii. |
| 14. | | Index of Jury Selection Materials. |

| | | |
|---|---|---|
| | | A. Jury seating chart, Cr. No. 99-147, dated 01/18/00.<br>B. Jury Panelist Questionnaires (in alphabetical order) for jury.<br>C. Transcript of Proceedings held on December 21, 1999, Cr. No. 99-147, regarding Voir Dire Examinations of Emilio Agpaoa and Gwen Ancheta.<br>D. Transcript of Proceedings held January 24, 2000, Vol. I, Cr. No. 99-147, regarding agreement excusing Gwen Ancheta from jury selection.<br>E. Transcript of Proceedings held on December 22, 2000, Cr. No. 99-147, regarding Voir Dire Examination of Kathleen Colburn.<br>F. Transcript of Proceedings held December 23, 1999, Cr. No. 99-147, regarding testimony of Harvey Fukushima.<br>G. Transcript of Proceedings held January 5, 2000, Cr. No. 99-147, regarding testimony of Marcie Greenwell.<br>H. Transcript of Proceedings held December 29, 1999, Cr. No. 99-147, regarding Voir Dire Examination of Robert Medeiros.<br>I. Transcript of Proceedings held December 29, 1999, Vol. II, Cr. No. 99-147, regarding testimony of Joseph Nimori.<br>J. Transcript of Proceedings held December 30, 1999, Cr. No. 99-147, regarding testimony of Gavin Okimura.<br>K. Transcript of Proceedings held December 30, 1999, Cr. No. 99-147, regarding testimonies of Janice |

| | | |
|---|---|---|
| | | Patterson and Maria Pendered.<br>L. Transcript of Proceedings held January 3, 2000, Cr. No. 99-147, regarding Voir Dire Examinations of George Santos and Mamo Shontell.<br>M. Transcript of Proceedings held January 4, 2000, Cr. No. 99-147, regarding Voir Dire Examination of Taryn Wailani. |
| 15. | | Index of Alleged Leading Questions Argued in Petitioner's Opening Brief.<br>A. Petitioner's Opening Brief at 12; (1/24/00 Tr. at 58) line 8.<br>B. Petitioner's Opening Brief at 12; (1/24/00 Tr. at 63) line 24.<br>C. Petitioner's Opening Brief at 14; (1/24/00 Tr. at 204) line 21.<br>D. Petitioner's Opening Brief at 18, Footnote 36; (1/26/00 Tr. at 77) line 2; (1/26/00 Tr. at 79) line 8, 11, 20; (1/26/00 Tr. at 80) line 13, 22.<br>E. Petitioner's Opening Brief at 22; (2/2/00 Tr. at 7) line 10, 15, 19). |
| 16. | | Index of Testimony of John Gonsalves.<br>A. State of Hawaii's Motion to Allow Complete Testimony of Agreement of Witness John Gonsalves. (1/31/00)<br>B. Court's granting of State's motion. (2/2/00 Tr. at 89) line 16; discussed in Petitioner's Opening Brief at 36.<br>C. Actual testimony of John Gonsalves. (2/2/00 Tr. at 185) lines 8-23; discussed in Petitioner's Opening Brief at 36. |