THE HAWAI`I INNOCENCE PROJECT

BROOK HART 723-0
333 Queen Street, Suite 610
Honolulu, Hawai'i 96813
Telephone: (808) 526-0811
Facsimile: (808) 531-2677
hartlaw@hawaii.rr.com

WILLIAM A. HARRISON 2948-0
841 Bishop Street, Suite 800
Honolulu, Hawai'i 96813
Telephone: (808) 523-7041
Facsimile: (808) 538-7579
wharrison@hamlaw.net
Attorneys for Defendant
ALBERT IAN SCHWEITZER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALBERT IAN SCHWEITZER,<br><br>        Petitioner,<br><br>VS.<br><br>STATE OF HAWAI'I, et. al.,<br><br>        Respondents. | CV. NO. 05-00065HG-BMK<br><br>**STATUS REPORT #9 - JANUARY 26, 2015**; CERTIFICATE OF SERVICE |

## STATUS REPORT # 9 – JANUARY 26, 2015

Comes now, ALBERT IAN SCHWEITZER, by and through his attorneys,

Brook Hart, Esq., and William A. Harrison, Esq., of the Hawai'i Innocence Project,

and submits this ninth status report in this matter.

Petitioner has received DNA test results from Orchid Cellmark, which exclude all defendants in the Ireland case. Petitioner is seeking to have the new DNA results compared with DNA samples contained in law enforcement and sex offender databases, as well as those previously collected in this case. Petitioner is moving expeditiously to meet with the Hilo Prosecutor with the hope of obtaining his assistance in this regard.

Petitioner is also awaiting results from Petitioner's DNA and accident reconstruction experts as well.

Petitioner will inform the court of the further status of this case by way of future reports.

Dated: Honolulu, Hawai`i, January 26, 2015.

/s/William A. Harrison
BROOK HART, ESQ.
WILLIAM A. HARRISON, ESQ.
HAWAI'I INNOCENCE PROJECT
Attorneys for Petitioner
ALBERT IAN SCHWEITZER

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Status Report #9 – January 26, 2015 was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses on the date of filing.

                                                By E-mail

MITCHELL DAVID ROTH            X
Office of the Prosecuting Attorney
County of Hawaii (Hilo)
655 Kilauea Avenue
Hilo, HI 96720
808-961-0466 (Main)
Email: mitchellroth@yahoo.com

CHRISTOPHER D.W. YOUNG         X
Deputy Attorney General
Supervisor - Criminal Division
Office of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813
808-586-1282
Email: christopher.d.young@hawaii.gov

Dated: Honolulu, Hawaii, January 27, 2015.

                            /s/ William A. Harrison
                            BROOK HART, ESQ.
                            WILLIAM A. HARRISON, ESQ.
                            HAWAI'I INNOCENCE PROJECT
                            Attorneys for Petitioner
                            ALBERT IAN SCHWEITZER

---

*ALBERT IAN SCHWEITZER v. STATE OF HAWAII, et. al.;* CV. NO. 05-00065HG-BMK; Status Report # 9